IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
DEC 11 2015
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

CRAIG CUNNINGHAM, )
)
Plaintiff, )
) No. 3:15-cv-00989
)
v. ) Judge Campbell/Magistrate Judge Bryant
)
TRILEGIANT CORP., *et al.*, )
)
Defendants. )

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO QUALITY RESOURCES, INC., ATLANTIC COAST MEDIA GROUP, LLC, BELLAPLEX, LLC, KERANIQUE, LLC, HYDROXATONE, LLC, ANDREW SURWILO AND THOMAS SHIPLEY

Plaintiff, CRAIG CUNNINGHAM, hereby files this voluntary dismissal WITH PREJUDICE as to Defendants, QUALITY RESOURCES, INC., ATLANTIC COAST MEDIA GROUP, LLC, BELLAPLEX, LLC, KERANIQUE, LLC, HYDROXATONE, LLC, ANDREW SURWILO AND THOMAS SHIPLEY pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs. This dismissal is limited solely to the above named Defendants. All other parties to this lawsuit shall remain.

Dated: December 2, 2015

CRAIG CUNNINGHAM
5543 Edmondson Pike
Suite 248
Nashville, TN 37211
(615) 348-1977

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM, )
)
    Plaintiff, )
) No. 3:15-cv-00989
)
v. ) Judge Campbell/Magistrate Judge Bryant
)
TRILEGIANT CORP., et al., )
    Defendants. )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Voluntary Dismissal was sent to the following via United States Postal Service on ~~November __, 2015:~~ Dec 2, 2015

Emily Mack of Lewis, Thomason, King, 424 Church Street, ste 2500, PO Box 198615, Nashville, TN 37219 on behalf of Trilegiant Corporation

Thor Urness of Bradley, Arant, Boult, Cummings, LLP, 1600 Division Street, ste 700, Nashville, TN 37203 on behalf of Sempris, LLC

Mile High Madison Group, Inc., Registered Agents Legal Services, LLC, 1013 Centre Road ste 403S, Wilmington, DE 19805.

AG Marketing, LLC, 2655 Ulmerton Road, ste 121 Clearwater, FL 33762

Anthony George, 2655 Ulmerton Rd., ste 121 Clearwater, FL 33762

Professional Education Properties, Inc, 7020 High Grove Blvd, Chicago, IL 60527

Michael Hussey 7020 High Grove Blvd., Chicago, Il 60527

Jeff Backman of Greenspoon Marder 200 East Broward Blvd, ste 1800, Ft. Lauderdale, FL 33301. on behalf of Keranique, LLC, Hydroxatone, LLC, Bellaplex, LLC, Thomas Shipley, Andrew Surwilo, Quality Resources, Inc., and Atlantic Coast Media Group, LLC

*/s/ Craig Cunningham*
CRAIG CUNNINGHAM, 615-348-1977
5543 Edmondson Pike, Suite 248
Nashville, TN 37211