IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM )
)
v. ) NO. 3-15-0989
) JUDGE CAMPBELL
TRILEGIANT CORP., et al. )

ORDER

Plaintiff has filed a Motion to Dismiss/Notice of Voluntary Dismissal and Notice of Withdrawal of Document 83 (Docket No. 86), indicating that he wishes to dismiss this case. Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. All pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE