IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | ) | |
| | ) | |
| v. | ) | NO. 3:15-0989 |
| | ) | JUDGE CAMPBELL |
| TRILEGIANT CORP., et al. | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/2/2016 as to the order entered 9/1/2016 at DE#87.

      KEITH THROCKMORTON, CLERK
      s/Dalaina Thompson, Deputy Clerk